IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES M. FORDJOUR, | ) | No. C 07-2111 MMC (PR) |
| Petitioner, | ) ) | |
| v. | ) ) | **ORDER OF CLARIFICATION AS TO AUGUST 19, 2008 ORDER TO SHOW CAUSE; DIRECTIONS TO CLERK** |
| ROBERT L. AYERS, et al., | ) ) | |
| Respondents. | ) ) | |
| _____ | ) | |

On June 11, 2008, petitioner, a California prisoner proceeding pro se, filed a second amended petition in the above-titled habeas corpus action. In the caption of the second amended petition, petitioner named more than thirty respondents. By order filed August 19, 2008, the Court found the allegations in the second amended petition stated cognizable claims for relief. The Court ordered the petition served on "respondent and respondent's counsel, the Attorney General for the State of California," but did not clarify which respondent should be served. (Order to Show Cause, filed Aug. 19, 2008, at 3.)

The proper respondent in a habeas action is "the state officer who has custody" of the petitioner. See Rule 2(a), Rules Governing Section 2254 Cases. The proper person to be served in the usual case is the warden of the institution in which the petitioner is incarcerated. Id. Advisory Committee Notes. Here, petitioner is confined at the King's County Jail and names the Sheriff of King's County as his custodian.

Accordingly, the Court orders as follows:

The Clerk of the Court shall serve by certified mail a copy of this order, the

August 19, 2008 Order to Show Cause, and the second amended petition and all attachments thereto (Docket No. 33), on Chris Jordan, the Sheriff of the King's County, and on the Attorney General for the State of California.

All other named respondents are hereby DISMISSED.

The parties shall comply with the briefing schedule set forth in the Order to Show Cause.

IT IS SO ORDERED.

DATED: August 20, 2008

_____
MAXINE M. CHESNEY
United States District Judge