IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES M. FORDJOUR,

        Petitioner,

  v.

ROBERT L. AYERS, et al.,

        Respondents.
                                       /

No. CV-07-2111 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** respondent's motion to dismiss the SAP as unexhausted and petitioner's motion to compel his discharge from parole are hereby DENIED as moot, and the SAP is hereby DISMISSED for lack of subject matter jurisdiction.

Dated: June 1, 2009                                                               Richard W. Wieking, Clerk

                                                                                     By: Tracy Lucero
                                                                                      Deputy Clerk