IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. FORDJOUR, ) | No. C 07-2111 MMC (PR) |
| Petitioner, ) | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| v. ) | |
| ROBERT L. AYERS, et al., ) | **(Docket No. 53)** |
| Respondents. ) | |
| _____ ) | |

On March 20, 2007, petitioner, a California prisoner then incarcerated at San Quentin State Prison and proceeding pro se, filed the above-titled habeas corpus action, alleging that the revocation of his parole, on February 21, 2007 in Contra Costa County, violated federal law. He sought release from custody. On June 1, 2009, the Court dismissed the petition as moot for the reason that petitioner, in January 2009, had obtained a "mandatory parole discharge" from the term of parole that underlies petitioner's claims in the instant action. Consequently, the Court concluded that the case-or-controversy requirement is no longer satisfied in the instant action, and the Court is without continuing jurisdiction over the petition. (Order, filed June 1, 2009, at 3:17-5:1.)

Petitioner has now filed a notice of appeal, which the Court construes as including a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner has not shown, however, "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason

would find it debatable whether the district court was correct in its procedural ruling." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). Accordingly, the request for a certificate of appealability is hereby DENIED.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of appealability. <u>See</u> <u>Asrar</u>, 116 F.3d at 1270.

This order terminates Docket No. 53.

IT IS SO ORDERED.

DATED: July 10, 2009

MAXINE M. CHESNEY
United States District Judge